IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAYNARD SANDERS,             )
                             )
    Plaintiff,                )
                             )
v.                           )   CASE NO. CV417-060
                             )
LAURA HASTAY, Attorney;      )
COREY COTTON, Savannah       )
State University/Detective; )
CHATHAM COUNTY;              )
                             )
    Defendants.               )
_____)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's 42 U.S.C. § 1983 case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ᴺᴰ day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA