# United States District Court
## Southern District of Georgia

Maynard Sanders,

                                          JUDGMENT IN A CIVIL CASE

            V.                        CASE NUMBER: CV417-60,

Laura Hastay, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/22/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



6/22/17                                             Scott L. Poff
*Date*                                                   *Clerk*

                                                              *(By) Deputy Clerk*